FILED

2014 Jul-01  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP LEE HANDLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 2:12-cv-2951-SLB-TMP |
| | ) | |
| BOBBY BARRETT, *Warden*, and | ) | |
| THE ATTORNEY GENERAL OF | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed his Report and Recommendation (doc. 8) in the above-styled cause on June 2, 2014, recommending that the § 2254 petition for writ of *habeas corpus* challenging the constitutional validity of Petitioner's conviction be dismissed with prejudice as time-barred. Phillip Lee Handley ("Petitioner") filed no objections to the Report and Recommendation. His copy of the Report and Recommendation was returned on June 12, 2014, and was marked "Refused." (Doc. 9).

Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, the court finds that the report is due to be ADOPTED and the recommendation ACCEPTED. A corresponding order shall be entered contemporaneously herewith.

Done this 1st day of July, 2014.

*Sharon Lovelace Blackburn*

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE